UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARBY HARPER,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendants.

No. 1:26-cv-1587-GSA

ORDER DIRECTING FILING OF CONSENT/DECLINE FORM

One of the two parties in this case has yet to file a form of consent/decline to Magistrate Judge jurisdiction as directed by the scheduling order.

Accordingly, that party is directed to file the form within 3 days of this order.

IT IS SO ORDERED.

Dated: July 22, 2026

/s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE